1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT

8                           EASTERN DISTRICT OF CALIFORNIA

9
GERALD RAY BAILEY,                    )
10                                       )   1:06-CV-0457-AWI-DLB-HC
                Petitioner,           )
11                                       )   ORDER GRANTING MOTION TO PROCEED
        v.                            )   IN FORMA PAUPERIS ON APPEAL
12                                       )
BERNIE ELLIS Warden,                  )   ORDER DIRECTING CLERK TO SERVE
13                                       )   COPY ON COURT OF APPEALS
                Respondent.           )
14   _____ )   (Document #15,16)

15
16          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2241.

18          On October 24, 2006, judgment was entered denying his petition for writ of habeas corpus.

19   On November 9, 2006 petitioner filed a motion for reconsideration, and on January 22, 2007,

20   petitioner filed a notice of appeal, and thereafter filed a motion for certificate of appealability and an

21   application to proceed in forma pauperis.

22          Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is

23   unable to afford the costs of an appeal.  Accordingly, the application to proceed in forma pauperis on

24   appeal is GRANTED.  See 28 U.S.C. § 1915.  The Clerk is directed to serve a copy of this order on

25   the Court of Appeals for the Ninth Circuit.

26          IT IS SO ORDERED.

     Dated:    April 2, 2007              _____/s/ Dennis L. Beck_____
27   23ehd0                                      UNITED STATES MAGISTRATE JUDGE

28